UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA RODRIGUEZ,<br><br>               Plaintiff,<br><br>    vs.<br><br>WAL-MART STORES, INC.; and DOES 1 through 50, inclusive,<br><br>               Defendants. | Case No. 1:10-CV-01813-OWW-GSA<br><br>**ORDER DISMISSING CLAIMS PURSUANT TO PARTIES STIPULATION AND SETTLEMENT** |

    Good cause appearing, and pursuant to a settlement agreement and Rule 41 of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that Plaintiff's claims against Defendant WAL-MART STORES, INC. be and hereby are dismissed with prejudice. Each party shall bear the own costs and attorney's fees.

IT IS SO ORDERED.

    Dated: **March 15, 2011**      **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/22319868.1

Order Dismissing Claims – Page 1